THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Danny Lee Thompson,       
Appellant.
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2003-UP-326
Submitted February 20, 2003  Filed 
 May 15, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of the South 
 Carolina Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Danny Lee Thompson (Appellant) 
 was convicted of first-degree criminal sexual conduct (CSC) and two counts of 
 grand larceny of a vehicle.  He was sentenced to life in prison for CSC and 
 concurrent terms of ten years in prison on each of the grand larceny charges.  

On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.              
APPEAL DISMISSED. [1] 
HEARN, C.J., CURETON and GOOLSBY, JJ., concur. 

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.